UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.  3:05CR_____ |
| v. | **VIOLATION**: 33 U.S.C. §§ 407 and 411 [Unlawful discharge of refuse matter into navigable waterway] |
| MARK EASTER | |

## **I N F O R M A T I O N**

The United States Attorney charges that:

### **COUNT ONE**

From in or about September, 2000, through on or about July 13, 2004, in the District of Connecticut, **MARK EASTER,** the defendant herein, did unlawfully discharge and cause and suffer to be discharged refuse matter, that is, raw sewage and untreated sludge from the motor vessel *Race Point* into the Thames River and Long Island Sound, which are navigable waterways of the United States.

All in violation of Title 33, United States Code, Sections 407 and 411.

### **COUNT TWO**

From in or about September, 2000, through on or about July 13, 2004, in the District of Connecticut, **MARK EASTER,** the defendant herein, did unlawfully discharge and cause and suffer to be discharged refuse matter, that is, raw sewage and untreated sludge from the motor

vessel *Munnatawket*, into the Thames River and Long Island Sound, which are navigable waterways of the United States.

All in violation of Title 33, United States Code, Sections 407 and 411.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PETER S. JONGBLOED
CHIEF, CRIMINAL DIVISION

JOHN A. MARRELLA
ASSISTANT UNITED STATES ATTORNEY